## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| EVER RIOS-NUNEZ, | Case No. 25-cv-1056 (LMP/DTS) |
| Petitioner, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

This matter is before the Court on the April 28, 2025 Report and Recommendation ("R&R") of United States Magistrate Judge David T. Schultz, which recommends denial of Petitioner Ever Rios-Nunez's habeas petition. *See* ECF No. 6. No party objected to the R&R, *see* Fed. R. Civ. P. 72(b)(2), so the Court reviews the R&R for clear error, *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Discerning no clear error, the Court adopts the R&R in full.

### ORDER

Based upon all the files, records, and proceedings in this matter, **IT IS HEREBY ORDERED THAT**:

1. The Report and Recommendation (ECF No. 6) is **ADOPTED IN FULL**; and

2. The Petition (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: May 30, 2025

*s/Laura M. Provinzino*
Laura M. Provinzino
United States District Judge